UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BEAU E. HANSEN,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>BANNOCK COUNTY SHERIFF TONY MANU,<br><br>　　　　　　Respondent. | Case No. 4:24-cv-00352-DCN<br><br>**SUCCESSIVE REVIEW ORDER**<br><br>(consolidated with lead case 4:24-cv-00351-DCN) |

In the Initial Review Order, Petitioner Beau E. Hansen was ordered to file an amended petition to clarify his claims and identify the particular state criminal judgment he is challenging. Dkt. 6. The Court has reviewed Petitioner's "Habeas Corpus Response" and concludes it is not an amended petition, and the information contained therein is no clearer than his original Petition. Dkt. 8.

Accordingly, Petitioner will be required to use a court-supplied form to file a second amended petition. Each conviction, probation violation, or pending charge that is being challenged must be presented on a separate form. Petitioner must use the § 2254 form for completed state court actions where judgments have been entered; he must use the § 2241 form to challenge any state court actions that are not yet completed. If needed, he may take any form to the prison legal resource center to obtain additional copies of the form before he begins to fill it out. Petitioner is warned that failure to file a proper second amended complaint will result in dismissal of this case without prejudice.

SUCCESSIVE REVIEW ORDER - 1

## ORDER

**IT IS ORDERED:**

1. The Clerk of Court shall send Petitioner a copy of the §2254 habeas corpus form with his copy of this Order.

2. Within **21 days** after entry of this Order, Petitioner must complete the form and return it to the Clerk of Court for filing. He must name a proper respondent in each second amended petition—the current custodian of his incarceration facility.

3. Petitioner's Motion for Release (Dkt. 7) is DENIED as MOOT.

4. Petitioner's Motion for Extension of Time (Dkt. 9), is GRANTED to the extent that the Court will permit Petitioner to have 21 additional days to file a second amended complaint.

DATED: November 13, 2024

_____
David C. Nye
Chief U.S. District Court Judge